# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

September 2, 2020

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:  *Charter Communications, Inc. v. Garfin*, Case No. 20-07049 (KPF)

Dear Judge Failla:

We represent Petitioner Charter Communications, Inc. ("Charter") in the above-referenced matter. We write in response to Counsel for Respondent Karin Garfin's September 2, 2020 letter requesting an extension of time to respond to Charter's petition to compel arbitration (Dkt. No. 12). As noted in the email communications attached to Counsel for Respondent's letter, Charter consented to an extension of Respondent's deadline to file an opposition to October 13, 2020. We requested that, in light of such extension, Petitioner's reply deadline be extended to November 9, 2020. We respectfully request that, if Respondent is granted an extension through October 13 (or 19), 2020 for her opposition, that Charter's reply be due on November 9, 2020.

We thank Your Honor for the Court's attention to this matter.

 Respectfully submitted,


 */s/ Melissa C. Rodriguez*
 Melissa C. Rodriguez

*Counsel for Petitioner Charter Communications, Inc.*

cc:  All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001