UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., <br><br>                                  Petitioner, <br><br>          -v.- <br><br> KARIN GARFIN. <br><br>                                  Respondent. | 20 Civ. 7049 (KPF) <br><br> **ORDER** |
| KARIN GARFIN, <br><br>                                  Plaintiff, <br><br>          -v.- <br><br> KEVIN DUGAN; AUDREY GRUBER; and JOI DE LEON. <br><br>                                  Defendants. | 20 Civ. 7050 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby directed to provide an update on the status of the arbitration in this matter on or before February 21, 2022, and every four months thereafter. The Clerk of Court is directed to docket this Order both in No. 20 Civ. 7049 (KPF) and No. 20 Civ. 7050 (KPF).

SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge